JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. STEPHENS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PROTOCOL RECOVERY SERVICE,<br><br>    Defendant. | CASE NO. CV 11-5952 DMG (SSx)<br><br>**ORDER OF DISMISSAL [10]** |

Pursuant to the Parties' stipulation, through their respective attorneys of record, this action is hereby dismissed, with prejudice, each side to bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: October 21, 2011

Dolly M. Gee
United States District Judge

STEPHENS-Order of Dismissal.doc

ORDER OF DISMISSAL